IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSE RODRIQUEZ YATES, #183578, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:21-CV-243-WHA |
| ) | |
| OFFICER COBB, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 4, 2021, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay an initial partial filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE this 25th day of May, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE